14 F.3d 48
 Martin (James L.)
v.
Walmer (John D.), Philhaven Hosp., Shank (Rowland), Chief
Exec. Off. of Philhaven, Widener Univ. School of Law,
Santoro (Anthony), Smith (Edward), Supreme Ct. of PA., Nix
(Robert, Jr., Hon.), Flaherty (John, Jr., Hon.), Hutchinson
(William, Hon.), Larson (Rolf, Hon.), Hon. Montemuro, Jr.,
Papdakos (Nicholas, Hon.), Zappala (Stephen, Hon.), Cappy
(Ralph J., Hon.), PA Bd. of Law Examiners, English (Justin),
Vice-Chairman of PA. Bd., Minisi (Anthony)
 NOS. 93-1513, 93-1566
 United States Court of Appeals,
Third Circuit.
 Nov 29, 1993
 
 Appeal From: E.D.Pa.,
 Huyett, J.
 
 
 1
 AFFIRMED.